IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SASOF III (B) AVIATION IRELAND DAC, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| NATIONAL AERO STANDS, LLC, | § § § | CAUSE NO. 1:19-CV-1112-DAE |
| *Defendant*, | § § | |
| v. | § § | |
| APOLLO AVIATION, LLC, d/b/a CARLYLE AVIATION PARTNERS LTD., | § § § § | |
| *Third-Party Defendant*. | § § | |

**JOINT NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff SASOF III (B) Aviation Ireland DAC ("SASOF") and Defendant National Aero Stands ("NAS") file this joint notice of stipulation of dismissal of all remaining claims between the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal is with prejudice to all claims. Each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| **CLEVELAND \| KRIST PLLC** | **MILLER LLOYD P.C.** |
| */s/ Austin H. Krist* | */s/ Jennifer A. Lloyd* |
| Timothy Cleveland | Jennifer Lloyd |
| State Bar No. 24055318 | Texas Bar No. 24013050 |
| Austin H. Krist | Jeffrey D. Miller |
| State Bar No. 24106170 | Texas Bar No. 24008714 |
| 303 Camp Craft Rd., Suite 325 | P.O. Box 302068 |
| West Lake Hills, Texas 78746 | Austin, Texas 78703 |
| tcleveland@clevelandkrist.com | jlloyd@millerlloyd.com |
| akrist@clevelandkrist.com | jmilller@millerlloyd.com |
| | (512) 694-5578 |
| *Attorneys for Plaintiff SASOF III (B) Aviation Ireland DAC* | *Attorneys for Defendant National Aero Stand* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, a true and correct copy of this document was served on all counsel of record through the Court's electronic filing system and/or by e-mail.

/s/ *Austin H. Krist*
Austin H. Krist